```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

STANLEY ELLIS RAWLS, #K4053                            PETITIONER

VS.                                  CIVIL ACTION NO. 3:20CV14TSL-FKB

WARDEN LAMAR SHAW                                      RESPONDENT

<u>ORDER</u>

    This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge F. Keith Ball, and the court, no objection having been filed and having fully reviewed the report and recommendation entered in this cause on May 4, 2020, and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

    IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge F. Keith Ball entered on May 4, 2020, be, and the same is hereby adopted as the finding of this court.  Accordingly, it is ordered that respondent's motion to dismiss is granted and the petition for writ of habeas corpus, filed pursuant to § 2254, is hereby dismissed.

    It is further ordered that a certificate of appealability is denied.  Petitioner has failed to demonstrate that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right" or that "jurists of reason would find it debatable whether [this] court was correct in

its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484, 120 S. Ct. 1595, 146 L. Ed. 2d 542 (2000).

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 1st day of June, 2020.


_____                    /s/Tom S. Lee_____
                                    UNITED STATES DISTRICT JUDGE